**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
3/25/2021
Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-13-M-DWM |
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION OF FIREARM BY PROHIBITED PERSON<br>Title 18 U.S.C. § 922(g)(1)<br>(Counts I and IV)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| CODY CHRISTOPHER APPLEGATE, | |
| Defendant. | DRUG USER AND ADDICT IN POSSESSION OF FIREARMS AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(3)<br>(Counts II and V)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

|  | **POSSESSION OF STOLEN FIREARM**<br>**Title 18 U.S.C. § 922(j)**<br>**(Count III)**<br>**(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)**<br><br>**CRIMINAL FORFEITURE**<br>**Title 18 U.S.C. § 924(d)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about November 22, 2019, at Missoula, in Missoula County, in the State and District of Montana, the defendant, CODY CHRISTOPHER APPLEGATE, knowing he had been convicted on or about September 3, 2019, of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Montana, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

That on or about November 22, 2019, at Missoula, in Missoula County, in the State and District of Montana, the defendant, CODY CHRISTOPHER APPLEGATE, knowing he was an unlawful user and addicted to a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(3).

COUNT III

That on or about November 22, 2019, at Missoula, in Missoula County, in the State and District of Montana, the defendant, CODY CHRISTOPHER APPLEGATE, knowingly possessed a stolen firearm that had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j).

COUNT IV

That on or about April 2, 2020, at Missoula, in Missoula County, in the State and District of Montana, the defendant, CODY CHRISTOPHER APPLEGATE, knowing he had been convicted on or about September 3, 2019, of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Montana, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

COUNT V

That on or about April 2, 2020, at Missoula, in Missoula County, in the State and District of Montana, the defendant, CODY CHRISTOPHER APPLEGATE, knowing he was an unlawful user and addicted to a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(3).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this indictment, the defendant, CODY CHRISTOPHER APPLEGATE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offenses.



A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: 4/21/21 @ 10:00 a.m. w/ KLD
Warrant: _____