IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY CHRISTOPHER APPLEGATE,<br><br>Defendant. | CR 21-13-M-DWM<br><br>ORDER |

On October 21, 2026, United States Magistrate Judge John T. Johnston entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the October 19, 2026, petition for revocation of Defendant Cody Christopher Applegate's supervised release. (*See* Docs. 69, 75.) The amended petition alleges four violations: (1) commission of another crime, (2) failure to participate in substance abuse testing, (3) unlawful use of a controlled substance, and (4) unlawful use of a controlled substance. (Doc. 69.)

At a final revocation hearing on October 20, 2026, Applegate admitted all violations. Based on those admissions, Judge Johnston found that Applegate committed the violations alleged in the petition and recommends that supervised

release be revoked and that this Court sentence Applegate to 8 months of imprisonment followed by 22 months of supervised release. (Doc. 75.) Judge Johnston further recommends that this Court require Applegate to (1) reside at a secure substance abuse treatment facility for a term of up to 60 days at the direction of his probation officer, and (2) following completion of substance abuse treatment, reside at a residential re-entry center for a term of up to 180 days at the direction of his probation officer. (*Id.*)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Johnston's conclusion that the defendant violated the conditions of his release in the manner set forth in the petition, and that the defendant's supervision should be revoked, the Court adopts those findings and recommendations. (*See* Doc. 75.)

Accordingly, IT IS ORDERED that Judge Johnston's Findings and Recommendation, (Doc. 75), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 5th day of November, 2026.

Donald W. Molloy, District Judge
United States District Court